**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
SAN FERNANDO VALLEY **DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| KODE LIFESTYLE GROUP LLC | § § | Case No. 1:15-13788-VK |
| Debtor | § § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Nancy Hoffmeier Zamora, Esq. (SBN 137326), chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 78,583.28 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  53,172.15 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  11,827.85 | |

3) Total gross receipts of $ 65,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 65,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,339.19 | $ 2,429.79 | $ 2,429.79 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 11,827.85 | 11,827.85 | 11,827.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,818.84 | 184,537.59 | 184,537.59 | 53,172.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 442,335.11 | 435,860.46 | 435,860.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 468,493.14 | $ 634,655.69 | $ 634,655.69 | $ 65,000.00 |

4) This case was originally filed under chapter 7 on 11/17/2015. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/02/2018                    By:/s/Nancy Hoffmeier Zamora, Esq. (SBN 137326)
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LICENSES, FRANCHISES, INTANGIBLES | 1129-000 | 65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 65,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Dept. | | 1,339.19 | NA | NA | 0.00 |
| 18 | L. A. COUNTY TREASURER & TAX COLLEC | 4800-000 | NA | 2,429.79 | 2,429.79 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,339.19** | **$ 2,429.79** | **$ 2,429.79** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nancy Hoffmeier Zamora | 2100-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| Nancy Hoffmeier Zamora | 2200-000 | NA | 602.61 | 602.61 | 602.61 |
| International Sureties, Ltd. | 2300-000 | NA | 6.61 | 6.61 | 6.61 |
| Union Bank | 2600-000 | NA | 110.08 | 110.08 | 110.08 |
| LAW OFFICES OF LARRY D. SIMONS | 3210-000 | NA | 5,500.00 | 5,500.00 | 5,500.00 |
| LAW OFFICES OF LARRY D. SIMONS | 3220-000 | NA | 608.55 | 608.55 | 608.55 |
| SLBIGGS, A division of SingerLewak | 3410-000 | NA | 1,388.37 | 1,388.37 | 1,388.37 |
| SLBIGGS, A division of SingerLewak | 3420-000 | NA | 111.63 | 111.63 | 111.63 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 11,827.85 | $ 11,827.85 | $ 11,827.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew O'Connell | | 427.79 | NA | NA | 0.00 |
| | Candice Fernandez | | 629.91 | NA | NA | 0.00 |
| | Corinna Espino | | 427.79 | NA | NA | 0.00 |
| | David Vaughn | | 629.91 | NA | NA | 0.00 |
| | Diego A. Ruiz | | 427.79 | NA | NA | 0.00 |
| | Francisco Sandoval | | 1,084.91 | NA | NA | 0.00 |
| | Froylan Lopez | | 831.67 | NA | NA | 0.00 |
| | Genaro A. Martinez | | 1,369.63 | NA | NA | 0.00 |
| | Genaro Garcia | | 831.67 | NA | NA | 0.00 |
| | Homar Gonzalez | | 831.67 | NA | NA | 0.00 |
| | Hugo Palmeira | | 427.79 | NA | NA | 0.00 |
| | Joaquin Pablo | | 1,084.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jose Luis Rivas | | 1,369.63 | NA | NA | 0.00 |
| | Jose Silverio | | 1,084.91 | NA | NA | 0.00 |
| | Juan Carlos Sandoval | | 1,084.91 | NA | NA | 0.00 |
| | Juan Luis Granados | | 1,369.63 | NA | NA | 0.00 |
| | Juan Santos | | 427.79 | NA | NA | 0.00 |
| | Khayyam Kain | | 427.79 | NA | NA | 0.00 |
| | Los Angeles County Tax Collector | | 1,199.64 | NA | NA | 0.00 |
| | Los Angeles County Tax Collector | | 1,155.69 | NA | NA | 0.00 |
| | Luis A. Correa | | 1,084.91 | NA | NA | 0.00 |
| | Melissa A. Myer | | 427.79 | NA | NA | 0.00 |
| | Miguel Alcantra | | 1,084.91 | NA | NA | 0.00 |
| | Miguel Angel Genaro | | 1,084.91 | NA | NA | 0.00 |
| | Nickolas Waaland | | 629.91 | NA | NA | 0.00 |
| | Nille Moises | | 1,084.91 | NA | NA | 0.00 |
| | Robert J. Torres | | 581.25 | NA | NA | 0.00 |
| | Scott Luhrs | | 629.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sergio Granados | | 1,084.91 | NA | NA | 0.00 |
| 6 | SCOTT LUHRS | 5300-000 | NA | 1,200.00 | 1,200.00 | 1,172.15 |
| 14A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 12,941.76 | 12,941.76 | 0.00 |
| 8A | FRANCHISE TAX BOARD | 5800-000 | NA | 7,760.93 | 7,760.93 | 0.00 |
| 16A | STATE BOARD OF EQUALIZATION | 5800-000 | NA | 162,634.90 | 162,634.90 | 52,000.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 24,818.84 | $ 184,537.59 | $ 184,537.59 | $ 53,172.15 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Wire | | 1,342.31 | NA | NA | 0.00 |
| | A&A Quick Cooling | | 1,600.00 | NA | NA | 0.00 |
| | Ace Beverage | | 940.10 | NA | NA | 0.00 |
| | ATT | | 802.49 | NA | NA | 0.00 |
| | Auto-Chlor | | 5,997.55 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bay Alarm Company | | 600.30 | NA | NA | 0.00 |
| | Bryan Exhaust Service, Inc. | | 2,250.00 | NA | NA | 0.00 |
| | Chasin Foods, Inc. | | 8,916.89 | NA | NA | 0.00 |
| | Darling International, Inc. | | 114.13 | NA | NA | 0.00 |
| | Department of Water & Power | | 5,122.24 | NA | NA | 0.00 |
| | Echo Fire Protection Co. | | 854.21 | NA | NA | 0.00 |
| | Ecolab | | 2,129.32 | NA | NA | 0.00 |
| | Epic Wines | | 344.00 | NA | NA | 0.00 |
| | Eversoft Inc. | | 470.05 | NA | NA | 0.00 |
| | Fosselman's Ice Cream Company | | 1,506.00 | NA | NA | 0.00 |
| | Gateway Triangle Development | | 15,263.39 | NA | NA | 0.00 |
| | Gramercy Beverage | | 193.14 | NA | NA | 0.00 |
| | Groundworks Coffee | | 946.18 | NA | NA | 0.00 |
| | Haul Away Rubbish | | 832.28 | NA | NA | 0.00 |
| | Humdinger | | 150.00 | NA | NA | 0.00 |
| | K&J Investments IV | | 330,954.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LA Weekly | | 500.00 | NA | NA | 0.00 |
| | Light Soda | | 870.00 | NA | NA | 0.00 |
| | Los Angeles County Tax Collector | | 0.00 | NA | NA | 0.00 |
| | Los Angeles County Tax Collector | | 0.00 | NA | NA | 0.00 |
| | Melrose Baking Company | | 5,048.16 | NA | NA | 0.00 |
| | Mission Beverage Co. | | 338.40 | NA | NA | 0.00 |
| | Open Table, Inc. | | 2,108.84 | NA | NA | 0.00 |
| | Porter Pride | | 2,500.00 | NA | NA | 0.00 |
| | Public Health-County of Los Angeles | | 1,495.00 | NA | NA | 0.00 |
| | Republic Master Chef | | 2,269.79 | NA | NA | 0.00 |
| | Roto Rooter | | 2,542.39 | NA | NA | 0.00 |
| | Schlep & Fetch | | 593.98 | NA | NA | 0.00 |
| | Southern California Gas Company | | 2,874.74 | NA | NA | 0.00 |
| | Southern Wine & Spirits | | 9,191.77 | NA | NA | 0.00 |
| | Stone Brewing | | 705.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sysco | | 3,794.76 | NA | NA | 0.00 |
| | Time Warner Cable | | 378.42 | NA | NA | 0.00 |
| | US Foods | | 19,892.24 | NA | NA | 0.00 |
| | West Coast Gaskets | | 118.00 | NA | NA | 0.00 |
| | William Starr Graystone Partners, LLC | | 0.00 | NA | NA | 0.00 |
| | Youngs Market | | 5,784.14 | NA | NA | 0.00 |
| 13 | AM.EX. TRAVEL RELATED SERV. CO, INC | 7100-000 | NA | 1,096.95 | 1,096.95 | 0.00 |
| 9 | AUTO-CHLOR | 7100-000 | NA | 6,930.51 | 6,930.51 | 0.00 |
| 7 | BRYAN EXHAUST SERVICE, INC. | 7100-000 | NA | 2,375.00 | 2,375.00 | 0.00 |
| 11 | CHASIN FOODS, INC. | 7100-000 | NA | 6,213.60 | 6,213.60 | 0.00 |
| 14B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7100-000 | NA | 3,432.26 | 3,432.26 | 0.00 |
| 10 | EPIC WINES | 7100-000 | NA | 344.00 | 344.00 | 0.00 |
| 8B | FRANCHISE TAX BOARD | 7100-000 | NA | 2,126.86 | 2,126.86 | 0.00 |
| 15 | K&J INVESTMENT, IV | 7100-000 | NA | 356,950.19 | 356,950.19 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | MISSION BEVERAGE CO. | 7100-000 | NA | 1,134.80 | 1,134.80 | 0.00 |
| 1 | REPUBLIC MASTER CHEFS | 7100-000 | NA | 2,269.79 | 2,269.79 | 0.00 |
| 4 | SOUTHERN WINE & SPIRITS | 7100-000 | NA | 9,262.35 | 9,262.35 | 0.00 |
| 12 | SOUTHERN WINE & SPIRITS OF AMERICA | 7100-000 | NA | 9,160.41 | 9,160.41 | 0.00 |
| 16B | STATE BOARD OF EQUALIZATION | 7100-000 | NA | 23,714.70 | 23,714.70 | 0.00 |
| 3 | SYSCO LOS ANGELES, INC | 7100-000 | NA | 3,872.28 | 3,872.28 | 0.00 |
| 2 | YOUNG'S MARKET COMPANY | 7100-000 | NA | 5,881.10 | 5,881.10 | 0.00 |
| 17 | SOUTHERN CALIFORNIA GAS COMPANY | 7200-000 | NA | 1,095.66 | 1,095.66 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 442,335.11 | $ 435,860.46 | $ 435,860.46 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-13788 | VK | Judge: | Victoria S. Kaufman | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) |
|---|---|---|---|---|---|---|
| Case Name: | KODE LIFESTYLE GROUP LLC | | | | Date Filed (f) or Converted (c): | 11/17/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/21/2015 |
| For Period Ending: | 05/02/2018 | | | | Claims Bar Date: | 02/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSITS | 2,440.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 593.28 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS | 50,000.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSITS | 3,400.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 800.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. LICENSES, FRANCHISES, INTANGIBLES | 60,000.00 | 13,000.00 | | 65,000.00 | FA |
| 10. OFFICE SUPPLIES | 100.00 | 0.00 | | 0.00 | FA |
| 11. OFFICE EQUIPMENT, FURNITURE | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. OFFICE EQUIPMENT, FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 13. MACHINERY, FIXTURES, EQUIPMENT | 7,000.00 | 0.00 | | 0.00 | FA |
| 14. INVENTORY | 5,000.00 | 0.00 | | 0.00 | FA |
| 15. INVENTORY | 2,500.00 | 0.00 | | 0.00 | FA |
| 16. INVENTORY | 750.00 | 0.00 | | 0.00 | FA |
| 17. PREF./FRAUD. TRANSFER LITIGATION   (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $138,583.28 | $13,000.00 | | $65,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

PROP. #9:
Trustee, with the assistance of Counsel (defined below), negotiated a sale of the Debtor's liquor license (the "License") to a proposed buyer ("Buyer") for $65,000.00 and a stipulation (the "Stipulation") with the State Board of Equalization ("SBE") to reduce the amount of debt secured by SBE's lien against the License.  On April 7, 2016, the Court entered that certain order approving the Stipulation ("Order Approving Stipulation").  Counsel, on behalf of Trustee, filed a motion seeking an order of the Court approving Trustee's sale of the License to Buyer free and clear of liens, subject to overbid (the "Sale Motion").  On April 12, 2016, the Court entered that certain order approving Trustee's sale of the License to Buyer for the sales price of $65,000.00 (the "Sale Order").  The sale escrow for the License closed on or about August 1, 2017.  On August 3, 2017, Trustee received, and on August 4, 2017, Trustee deposited the net proceeds check from the sale escrow in the amount of $13,000.00, after the SBE was issued payment of $52,000.00 pursuant to the Stipulation and Order Approving Stipulation.

PROP. #17:
With the assistance of Counsel, Trustee analyzed the possibility of making a demand on Debtor's former landlord ("Landlord") for turnover of rent payments tendered by Debtor.  Certain payments could be categorized as preferences because of the date of payment.  Certain other payments could be categorized as fraudulent transfers because Debtor was not the lessee pursuant to the commercial lease. However, Debtor occupied, and received the benefit from, the premises that are the subject of the lease.  Consequently, Trustee determined that pursuing any claim against Landlord would be speculative and not cost effective for the Estate based on Landlord's anticipated legal defenses.

GENERAL COMMENTS:
On December 16, 2015, the Court entered that certain order approving Trustee's employment of SLBiggs a Division of SingerLewak ("Biggs") as Estate accountant.  Biggs prepared and Trustee filed final Estate tax returns.  On January 5, 2016, the Court entered that certain order approving Trustee's employment of The Law Offices of Larry D. Simons ("General Counsel") as general counsel in the Case.  Trustee reviewed the claims register and claims.  Trustee did not object to any claims.  After payment to the SBE pursuant to the Stipulation and Order Approving Stipulation, funds on deposit in the Estate bank account would be exhausted by the administrative fees and expenses of Trustee and her professionals but for the stipulation by and among Trustee and her professionals to reduce fees to provide funds to pay a distribution to the priority wage claimant [docket no. 39].  On March 8, 2018, Trustee prepared the TFR.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Chase Bank Account.<br>Exemption: N/A. |
| RE PROP # | 2 | -- | Security Deposit with Southern California Gas Company.<br>Exemption: N/A. |
| RE PROP # | 3 | -- | Security Deposit with Auto-Chlor.<br>Exemption: N/A. |
| RE PROP # | 4 | -- | Security Deposit with Gateway Triangle.<br>Exemption: N/A. |
| RE PROP # | 5 | -- | Security Deposit with Los Angeles Department of Water and Power.<br>Exemption: N/A. |
| RE PROP # | 6 | -- | Oven.<br>Exemption: N/A. |
| RE PROP # | 7 | -- | Flat Screen Television.<br>Exemption: N/A. |
| RE PROP # | 8 | -- | Aloha POS.<br>Exemption: N/A. |
| RE PROP # | 9 | -- | Liquor License.<br>Lien: $52,000.00.<br>Exemption: N/A. |
| RE PROP # | 10 | -- | Miscellaneous Office Supplies.<br>Exemption: N/A. |
| RE PROP # | 11 | -- | Private Dining Table.<br>Exemption: N/A. |
| RE PROP # | 12 | -- | Custom Chandeliers (2).<br>Exemption: N/A. |
| RE PROP # | 13 | -- | Chairs, Tables, Flatware, Glassware, Cooking Utensils, Slicer, Mixer.<br>Exemption: N/A. |
| RE PROP # | 14 | -- | Beverage.<br>Exemption: N/A. |
| RE PROP # | 15 | -- | Food.<br>Exemption: N/A. |
| RE PROP # | 16 | -- | Miscellaneous.<br>Exemption: N/A. |
| RE PROP # | 17 | -- | Potential preference and fraudulent transfer claims against Debtor's former landlord.<br>Exemption: N/A. |

Initial Projected Date of Final Report (TFR): 10/31/2018       Current Projected Date of Final Report (TFR): 03/08/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-13788 | Trustee Name: | Nancy Hoffmeier Zamora, Esq. (SBN 137326) | |
| Case Name: | KODE LIFESTYLE GROUP LLC | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX2710 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3820 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 05/02/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/17 | | ABC Escrow Trust Account | Sale of Liquor License | | $13,000.00 | | $13,000.00 |
| | | | Gross Receipts       $65,000.00 | | | | |
| | | STATE BOARD OF EQUALIZATION P.O. Box 942879 Sacramento, CA 94279-0055 | Sale of Liquor License   ($52,000.00) | 5800-000 | | | |
| | 9 | | LICENSES, FRANCHISES, INTANGIBLES   $65,000.00 | 1129-000 | | | |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $12,985.00 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.69 | $12,966.31 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.29 | $12,947.02 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.65 | $12,928.37 |
| 01/19/18 | 1001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium 1/4/18-1/4/19; Bond #016030867 Paid per Local Bankruptcy Rule 2016-2 | 2300-000 | | $6.61 | $12,921.76 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.24 | $12,902.52 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.21 | $12,883.31 |
| 04/13/18 | 1002 | Nancy Hoffmeier Zamora U.S. Bank Tower, 633 W. 5th Street, Suite 2600 Los Angeles, CA 90071 | Final distribution representing a payment of 100.00 % per court order. Paid per order entered April 12, 2018. | 2100-000 | | $3,500.00 | $9,383.31 |
| | | | Page Subtotals: | | $13,000.00 | $3,616.69 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-13788 | Trustee Name: | Nancy Hoffmeier Zamora, Esq.  (SBN 137326) |
|---|---|---|---|
| Case Name: | KODE LIFESTYLE GROUP LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX2710 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3820 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/02/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/13/18 | 1003 | Nancy Hoffmeier Zamora<br>U.S. Bank Tower, 633 W. 5th Street, Suite 2600<br>Los Angeles, CA  90071 | Final distribution representing a payment of 100.00 % per court order.<br>Paid per order entered April 12, 2018. | 2200-000 | | $602.61 | $8,780.70 |
| 04/13/18 | 1004 | LAW OFFICES OF LARRY D. SIMONS<br>15545 Devonshire Street, Suite 110<br>Mission Hills, CA  91101 | Final distribution representing a payment of 100.00 % per court order.<br>Paid per order entered April 12, 2018. | 3210-000 | | $5,500.00 | $3,280.70 |
| 04/13/18 | 1005 | LAW OFFICES OF LARRY D. SIMONS<br>15545 Devonshire Street, Suite 110<br>Mission Hills, CA  91101 | Final distribution representing a payment of 100.00 % per court order.<br>Paid per order entered April 12, 2018. | 3220-000 | | $608.55 | $2,672.15 |
| 04/13/18 | 1006 | SLBIGGS, A division of SingerLewak<br>10960 Wilshire Blvd., 7th Floor<br>Los Angeles, CA  90024<br>Attn:  Samuel R. Biggs | Final distribution representing a payment of 100.00 % per court order.<br>Paid per order entered April 12, 2018. | 3410-000 | | $1,388.37 | $1,283.78 |
| 04/13/18 | 1007 | SLBIGGS, A division of SingerLewak<br>10960 Wilshire Blvd., 7th Floor<br>Los Angeles, CA  90024<br>Attn:  Samuel R. Biggs | Final distribution representing a payment of 100.00 % per court order.<br>Paid per order entered April 12, 2018. | 3420-000 | | $111.63 | $1,172.15 |
| 04/13/18 | 1008 | SCOTT LUHRS<br>5446 Matilija<br>Sherman Oaks, CA  91401 | Final distribution to claim 6 representing a payment of 97.68 % per court order.<br>Paid per order entered April 12, 2018. | 5300-000 | | $1,172.15 | $0.00 |

| | COLUMN TOTALS | $13,000.00 | $13,000.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $13,000.00 | $13,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $13,000.00 | $13,000.00 |

| | Page Subtotals: | $0.00 | $9,383.31 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2710 - Checking | $13,000.00 | $13,000.00 | $0.00 |
| | $13,000.00 | $13,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $52,000.00 |
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $65,000.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*